# COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Name: __Ojeda__ __Manuel__

      *(Last)*               *(First)*             *(Middle Initial)*

Prisoner Number: __G58176__

Institutional Address: __pelican Bay state prison SHU-C7#201__

__p.o Box 7500   crescent city. CA. 95532-7000__

**FILED**

Sep 27 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

__Manuel Ojeda__
*(Enter your full name.)*

      vs.

__C. Sandoval, Rangel. E. Rivera__
__K. Story, y. Lee, A. Maylin__
__J. frisk, M. Bristow, J. phillips__
*(Enter the full name(s) of the defendant(s) in this action.)*

)
)
)
)
)
)
)
)
)
)

Case No. __3:21-cv-7479-LB__
*(Provided by the clerk upon filing)*

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.

__Note:__ *You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.*

A.   Place of present confinement __pelican Bay state prison__

B.   Is there a grievance procedure in this institution?   YES ☑     NO ☐

C.   If so, did you present the facts in your complaint for review through the grievance procedure?   YES ☑     NO ☐

D.   If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

      1. Informal appeal: _____

_____

_____

2. First formal level: I submitted my appeal #82203 on 1-25-2021 and was by past for review to second level

3. Second formal level: Was denied by pelican Bay State prison with no further inquiries on 3-26-2021 I received the respond on 4-20-2021 and resubmitted for 3rd level on 4-25-21

4. Third formal level: My appeal couldn't be responded On 5-26-2021 I received a Time Expired On 8-14-2021 as a response which I have mark as Exhibit-

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ☑   NO ☐

F. If you did not present your claim for review through the grievance procedure, explain why.

_____

_____

_____

## II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.

Manuel Ojeda #G58176 pelican Bay State prison SHU-C7 #201 po Box 7500, crescent city. CA. 95532-7000

B. For each defendant, provide full name, official position and place of employment.

Associate Director Howard.E.Moseley Department of corrections office of Appeal. Associate Warden A.pepiot, lieutenant J,phillips, lieutenant M,Bristow, lieutenant J.Frisk, officer C.Sandoval, officer Rangel.E. Rivera, officer Y,Lee, officer K,Story and officer A,Maylin all work as correctional officers at pelican Bay State prison

_____

_____

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

The following is a detailed statement of my complaint, against pelican Bay state prison official regarding issues of excessive use of force, sexual harassment, of obstruction and the deliberate indifference from prison administratores who knowingly neglected and continue to fail to monitor and regulate the mis-conduct, and continue to ignore covid-19 protocol. chosing to protect their officer's and tactically accepting a code of silence, despite of Knowledge and evidence that clearly showed a conspicuous pattern of abuse.

prison official's have neglected to follow procedure my appeal has been process with perceived bais and indifference, delaying my response to negtively impacted my resolu-tion to seek help from the court. My appeal was finalized on 5-26-2021, yet prison official waited till 7-29-2021 to mail me the response (Exhibit-A) is the confidential envelope and response mark and dated in support to my claim.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

I respectfully pray that this court enter judgment granting me an injunctive and declaratory Reliff and compensatory damages in the amount of $50.000·· and punitive damages in the amount of $50.000·· against defendants C. Sandoval and Rangel. E. Rivera. I also seek a jury trial on all issues triable by jury, I also seek recovery of their cost in this suit, aswell as any relief this court deems proper

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 9-20-2021 _____ Monuel Ueda _____
         *Date*                    *Signature of Plaintiff*

PRISONER COMPLAINT (rev. 8/2015)
*Page 3 of 3*

# Statement of claim

On Friday, January 22, 2021 at approximately 9:45 AM, while at pelican Bay State prison. I was standing in Med-line waiting to take my medication, when I observed an officer aguing with an inmate about not wearing his mask, other officer's heard them arguing and rush out of the program office and surrounded the inmate. Officer K, Story advised the inmate to put his mask on or tAKE it back to his housing unit. The inmate chose to take it back to his housing unit without further incident. Once the inmate left, the c/o's remain talking amongst themselves, after a few minutes I tried to get Sergeant L, Northup attention to ask for permission to get my medication from the window, but sergeant didn't hear me or chose not to. Instead c/o C. Sandoval heard me and responded with an annoyed tone, and asked to see my prison I.D card. So I complied and gave him my I.D card, turned around and placed my hand's behind my head (All of this is on video); I was in compliance, their was no reason to react the way he did. Officer C. Sandoval ask me to go to the gym, I was con-fuse because we where on quarantine and the gym was closed. It was Inapp-ropriate to go to the gym with him. But I didn't want to disobey a direct order. So I went to the gym. When we arrived at the gym c/o C. Sandoval got extreme-ly vocal with me, and in front of female Staff and other worker's, told me to strip out, bend over, spread my cheeks and cough.

This was extremely uncomfortable for me because officer Rangel, who is a female officer, was watching with a smirk on her face. But, what I was re-ally worried about, and feared the most was being expose to covid-19. Sandoval was not following procedure nor was he keeping the new mandatory covid-19 policies, he was doing this as punishment, and knew it wasn't safe. There are many memorandum's all over the prison stating covid-19 policies, about wearing your mask, and about sanitizing common area's, before and after being used by staff and inmates. I was in fear of being exposed to covid.

Page 1 of 6

The gym is not where they do body searches, and the fact that the prison was on quarantine do to the out break, added more to my fear, so I told c/o. C. Sandoval, that I wasn't gonna strip out like this, that covid-19 is not a game, and he need's to follow all procedural and covid-19 protocol. What happen next, happened so fast. Sandoval told me to turn around, face the wall and cuff up. so I complied, I turned around and put my hand's behind my lower back. He reached and grabbed my left hand, but instead of putting me in restraint's, he twisted my wrist pain immediately shot up through my arm. I tried to turn to my left to scream out, but Sandoval slammed my head on the wall. I was dazed and shocked I heard someone say stop resisting, and immediately c/o K, Story grabbed my right hand, while c/o y, Lee grabbed my left hand, they had me pinned to the wall and I couldn't move, they had me under control and they didn't bother putting the restraints on me. Instead Sandoval put me on a choke hold and was trying to use his weight to do a take down, but couldn't because both officer y, Lee and K, Story where using their body weight to hold me up against the wall. Eventually Sandoval manage to do the take down, he flip me into the air and slammed me hard on the ground. I landed on the side of my head and was knocked out by the impact. The next thing I noticed, I was in restraint's and officer Rangel was scream-ing at me while kneeing me and punching me on my rib's, saying "you want to mess with my fellow officers! stop resisting!!" I was already in restr-aint's, proned out on the floor, with three grown men on top of me, and I was being kneed and punched by c/o. Rangel, while Sandoval had his right hand on the side of my face with his thump pressing down hard into throat holding my head on the floor while he repeatedly punched me on the back of my head and kneck with his left hand. There was four officer's already on top of me, when officer A, Maylin arrived and grabbed my legs and used his weight to folt my body in half, the pre-ssure that was being applied was to much, I couldn't breath and I past out. When I came to my senses, I was on the floor proned out and the officer's

where standing around me talking amongst themselves. I couldn't hear what they where saying because the alarm was still sounding, but it was ovious they where talking about the incident. I was in need of medical assistance, I was unconscious, I was unconscious and bleeding from my forehead. However, the officer's ignored my medical need's, delayed treatment and failed to provide me medical care. (I'm submitting this document that I have mark as Exhibit-B that supports what I said, that I was left lying in the floor) I didn't say anything cause I didn't want to bring attention to myself. I was afraid that if they notice I was conscious they would resume using force again. More then a few minutes had gone by before C/O.A, Schoad and C/O.T, Wood arrived and where allowed to pick me up and escort me to a temporarary holding cell. The officer's notice that I was bleeding from my forehead, I ask to see medical. However, the officer ignored my request. After being in the holding cell for a while, I was not feel good, and I had a medical emergency. I felt like passing out, Medical staff responded to the holding cell and I was taken to medical, where the nurse was attempting to take my vitals and clean the cut on my forehead, but the officer's kept interfering, they started taking pictures of my injuries. They told me that it was procedure, since I wanted to get medical help. I told the nurse, I wasn't feeling good, that I was lightheaded and my stomach hurt. But medical staff busied themselves attempting to minimize my injuries, and telling me I was just in shock and she was gonna priscribe me aspirin for the pain and advise me to put in a medical form if the headache continued past 24 hour's, and cleared me. (I.S.U) Officer Dales told me to take off my clothing, I was left barefooted, with only my sock's and gray shorts. I was made to walk back to the holding cell with only my socks in the rain, I was in the holding cell for hour's and when I needed to use the restroom, I was forced to walk out side in the wet floor with only my sock's on. Hour's later I was notified that I was being charge with Battery on an officer, and was being placed in the SHU.

Defendant, Associate Direct Howard.E. Moseley with deliberate indifference failed to regulate and correct the misconduct and provided me with two documents that I have mark as (Exhibit-A); in response to my 602 Grievance. Where he fabricated regulation and made up a fraudulent response that doesn't exist in The Title 15, providing me with false information that stated;" that my claim can't be responded and no appeal of this action is permitted under the regulations of The Title 15 section 3486 (i) (10) and section 3485 (e)". These regulation aren't legitimated and those statement are false, they are being made up to avoid penalizing c/o. C.Sandoval and obsolving him of any fault, while denying me all rights of an appeal process as well as violating prison policy. This action has had an adverse effect in my life and violates my constitutional rights under the fourteenth and eighth Amendment.

Defendant's, Associate Warden A, pepiot and both Lieutenant J, phillips and Lieutenant M, Bristow acted with deliberate indifference, all chose to tolerate and even encourage the misconduct, by failing to take reasonable measure to investigate and regulate, despite of over whelming evidence that was ignored, including officer y, Lee statement which I have mark as (Exhibit-C) and who's statement supported my claim and contradicted everything c/o. C.Sandoval stated. Chosing to ignore video, and the fact that he wasn't following procedure, when he had me go to the gym to conduct a strip search in front of female staff and other worker's, putting our lives in danger of being expose to covid-19. Violating my rights under the fourteenth and eighth Amendment of constitution

Defendant, Lieutenant J, frisk was the officer in charge of my 115-disci-
plinary hearing and who knowingly neglected and with deliberately indifference
denied me all right's and procedural safeguard's of a fair hearing after I noti-
fied him that the copy of the incident report I was served with by the invest-
igator was illegible and unreadable do to the printer not working properly
many of the page's had missing paragraph's of the written testimonies and
evidence. (Exhibit-D) is some of the damage page's from the incident report,
that I am submitting as evidence. Not only didn't I have a complete copy
of the charges, but I wasn't give the oppurtunity to prepare and present
my defense, at his discretion, he chose to proceed with the hearing, denying
that the incident report wasn't unreadable; and was good enough to proceed,
since I waive my right's to postpone the D.A referral he had to proceed with
the hearing. During the hearing J, frisk withheld evidence that helped proved
my claim, he also denied me the right to ask additional questions of the new
written testimonies that I was just hearing as the lieutenant went over the
report with me. Violating my constitutional right's under the fourteenth and eight
Amendment.

Defendant, Office C. Sandoval acted unlawful and took the law into his own
hand's, he used his authority as an officer to sexually degrade me. he took
me to the gym as punishment rather then to maintain the security of
the prison. with no regard for my safety and the safety of other's and putting
our lives in danger of being exposed to covid-19.
Sandoval manipulated the situation and lured me away from the sergeant
supervision to provoke and use force, he slammed my head on the wall and lied
about it in his report. There was no justification for the use of force, and the
amount of force applied was unnecessary that it violated my right's and constituted
cruel and unusual punishment under the eighth Amendment of the united state



Defendant, Rangel.E.Rivera was being inappropriate when she was trying to watch me get strip out, and was smirking when c/o C. Sandoval told me to bend over and spread my cheeks. Rangel took the law into her own hands and used unnecessary force after putting me in handcuff she took it upon herself to start kneeing and punching me on the side of my back and ribs, while officer's held me down, the fact that c/o Rangel continued to beat on me after I was subdued with four officer's on top of me constituted cruel and unusual punishment violating my constitutional right's under eighth Amendment. I've attached Exhibit-E in support to this statement where she admit's to punching me.

Each defendant is being sued individually and in his and her official capacity. At all times mentioned in this complaint each defendant acted under color of state law.

Relief.

I have no plain, adequate or complete remedy at law to redress the wrong's described here in this complaint. I have been and will continue to be irreparably injured by the conduct of the defendant's action's unless the court grant's me a Declaratory judgment, and an injunction ordering defendant's to enforce and follow all Covid-19 policies, to stop making inmates take off their mask and clothing in common area and in front of people, and to stop neglecting to adequately supervise and monitor sexual misconduct and the use of force, to have defendant's c/o C. Sandoval and c/o E. Rangel receive more training.

C





CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

# CLAIMANT GRIEVANCE RECEIPT
# ACKNOWLEDGMENT

**Offender Name:** OJEDA, MANUEL             **CDC#:** G58176

**Date:** 01/26/2021

**Current Location:** PBSP-STRH            **Current Area/Bed:** Z 001 1189001L

**From:** Office of Grievances at Pelican Bay State Prison

**Re:** Log # 000000082203

The California Department of Corrections and Rehabilitation Office of Grievances at Pelican Bay State Prison received your grievance on 01/25/2021. Your grievance has been assigned for review and response.

Pursuant to California Code of Regulations, title 15, the Office of Grievances will complete its review no later than 03/27/2021.

Please be informed that the Office of Grievances will not respond to any inquiries about the status of a grievance prior to the date shown above.

Once you receive a response and if you are dissatisfied with the decision(s), you may file an appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

CDCR SOMS OGTT300
CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT



CHIEF, OFFICE OF APPEALS
DEPARTMENT OF CORRECTIONS
AND REHABILITATION
P.O. BOX 942883
SACRAMENTO, CA 94283-0001

Exhibit-A

# CONFIDENTIAL

07-201

JUL 29 2021

CONFIDENTIAL MAIL RECEIVED AT PELICAN BAY STATE PRISON
THIS LETTER WAS OPENED AND SEARCHED IN
THE PRESENCE OF THE INMATE ADDRESSEE

DELIVERED BY _____

RECEIVED BY _____     OFFICER NAME

DATE _____     INMATE NAME



**Exhibit-A**

CALIFORNIA DEPARTMENT *of*
## Corrections and Rehabilitation

# CLAIMANT APPEAL CLAIMS DECISION RESPONSE

**Re:** Appeal Claims Decision Response

**Offender Name:** OJEDA, MANUEL
**CDC#:** G58176
**Current Location:** PBSP-Facility C

**Date:** 05/26/2021

**Current Area/Bed:** C 002 2 - 203001L

**Log #:** 000000082203

---

**Claim #  001**

**Institution/Parole Region of Origin:** Pelican Bay State Prison        **Facility/Parole District of Origin:** PBSP-Facility A
**Housing Area/Parole Unit of Origin:**
**Category:**  Offender Safety and Security                    **Sub-Category:**  Use of Force

The California Department of Corrections and Rehabilitation (CDCR) Office of Appeals received this claim on 03/26/2021.

California Code of Regulations, title 15, provides the Office of Appeals 60 calendar days to complete a response. Due to the expiration of time, this response by the Office of Appeals will be the only response.

You do not need to resubmit this claim to the Office of Grievances or to the CDCR Office of Appeals.

**Decision: Time Expired**

---

# Memorandum



To:  Claimant

Subject:  **TIME-EXPIRED RESPONSE FROM THE OFFICE OF APPEALS**

Thank you for submitting your appeal for review by the California Department of Corrections, Office of Appeals. Pursuant to Title 15, section 3486(i)(10), if the Office of Appeals is not able to respond to a claim in 60 calendar days, as in this case, then the claim must be answered "time-expired." As a result, the answer provided by the Office of Grievances remains unchanged and this appeal is now closed. No further action will be taken by the Department and no appeal of this action is permitted under the regulations.

Also, pursuant to Title 15, section 3485(e), "The appeal package submitted by the claimant shall be stored electronically by the Department. The CDCR Form 602-2 shall contain a notification to the claimant that the documents submitted will not be returned to the claimant." Therefore, your Form 602-2 and any supporting documents are not included with this response.

However, a copy of your entire appeal package is maintained in your Central File. The process for requesting copies of documents contained in Central Files, often referred to as an *Olsen* review, can be found in the Department Operations Manual, sections 13030.16 and 13030.17.

Thank you,

HOWARD E. MOSELEY
Associate Director



**Exhibit-B**

TR161 - 12

INCIDENT REPORT PACKAGE

INCIDENT LOG NUMBER: 000000000017471

**PAGE:** 24
**PROCESSED:** 02/14/2021 06:58
**REQUESTOR:** J. Fillippa

NARRATIVE

| | |
|---|---|
| **STAFF** NAME: Northrup, Loren | **NARRATIVE TYPE:** Supplemental Report |
| **CREATED DATE:** 02/04/2021 | **CREATED TIME:** 09:28:05 |

NARRATIVE

Q1 - Please articulate the actions you took as a response supervisor and the events you witnessed up

When I entered the gym, inmate OJEDA was restrained and numerous responding staff were present. OJEDA was lying in the prone position near the inmate restroom/shower area. I did not see OJEDA resist, nor did I observe any force utilized. Due to the immense amount of responding staff (medical and custody) I did not identify any one person at this time. I instructed staff not involved in the initial incident to escort OJEDA to the Facility A, Hobby Shop. The audible alarm was still sounding and was so loud that it, including myself, were having difficulty communicating, so I responded to the staff restroom in an attempt to reset it. The alarm would not reset so I notified Central Control via institutional radio to contact the maintenance department. I informed them that the incident was "Code 4," however, the audible alarm was still sounding. During this time, OJEDA was escorted to the Hobby Shop. This concluded my involvement.

L. Northrup
STAFF SIGNATURE

**DATE:** 02/04/2021

**BADGE #:** 65647

**PERNR:** 45715

**NARRATIVE** REVIEWED: Yes
**REVIEWED** DATE: 02/04/2021

REVIEWED BY STAFF: Blythe, David
REVIEWED TIME: 10:34:02

CDCR
REPORT NO. IRTR161 - 12

INCIDENT REPORT PACKAGE

INCIDENT LOG NUMBER: 000000000017471

PAGE: 27
PROCESSED: 02/14/2021 06:58
REQUESTOR: J. Fillippa

STAFF NARRATIVE

| | |
|---|---|
| **STAFF NAME:** Schaad, Aaron | **NARRATIVE TYPE:** Initial Report |
| **CREATED DATE:** 01/22/2021 | **CREATED TIME:** 17:25:47 |

NARRATIVE

On Friday, January 22, 2021, at approximately 1014 hours, while working as Pelican Bay State Prison, Facility A, Yard Officer #3, I responded to an audible alarm in the Facility Gymnasium.

Entering the Gymnasium I witnessed Correctional Officers C. Sandoval, E. Rangel-Rivera, K. Story and Y. Lee utilizing what appeared to be physical strength/holds and body weight to control an inmate whom I recognized through prior contact to be OJEDA G58176. OJEDA was in restraints. I could not see exact hand placement or actions of the individual Officers, however I believe Officer Sandoval and Lee were controlling the left side (torso/ arm) of OJEDA's body. In addition, Officers Story and Rangel-Rivera were controlling of the right side (torso/arm) of OJEDA. Officer A. Maylin controlled OJEDA's legs with his hands as he applied leg restraints to the ankles of OJEDA. OJEDA did not appear to be resistive during the application of the leg restraints.

Officer T. Wood and I relieved the involved officers from their duties and assisted OJEDA to his feet by supporting his body weight with our hands allowing OJEDA to gain his footing. Officer Wood and I then escorted OJEDA from the facility gymnasium to the law library and secured OJEDA into a temporary holding cell.

It should be noted that upon the conclusion of the incident I positively confirmed the identity of inmate OJEDA G58176 by utilizing the Strategic Offender Management System (SOMS). This concludes my involvement in this incident.

A. Schaad
STAFF SIGNATURE

DATE: 01/22/2021

BADGE #: 72846

PERNR: 62572

NARRATIVE REVIEWED: Yes
REVIEWED DATE: 01/22/2021

REVIEWED BY STAFF: Northrup, Loren
REVIEWED TIME: 17:39:24

| | |
|---|---|
| **STAFF NAME:** Wood, Tyler | **NARRATIVE TYPE:** Initial Report |
| **CREATED DATE:** 01/22/2021 | **CREATED TIME:** 17:28:47 |

NARRATIVE

On Friday, January 22, 2021, at approximately 1014 hours, while performing my duties as Pelican Bay State Prison (PBSP), Investigative Services Unit (ISU) Officer #4, I heard an enunciation over my state issued radio informing staff the Facility A gym was Code 1. As I entered the GYM, I observed a large group of staff members on the ground between the Officers Office and the inmate restroom area. As I got to the incident, Officer A. Maylin placed leg restraints on the ankles of inmate Manuel OJEDA, G58176, A3-120U. Due to the large number of staff members obstructing my view, I did not observe what Officers were involved or any of the tactics they utilized during the incident. I heard an unidentified staff member state "We need uninvolved staff to escort." Correctional Officer A. Schaad and I assisted OJEDA to his feet and escorted him out of the gym to the Facility A, Law Library area where we secured OJEDA in temporary holding cell #1. This concludes my involvement in this incident.

T. Wood
STAFF SIGNATURE

DATE: 01/22/2021

BADGE #: 88786

PERNR: 102680

NARRATIVE REVIEWED: Yes
REVIEWED DATE: 01/22/2021

REVIEWED BY STAFF: Northrup, Loren
REVIEWED TIME: 17:38:07

4 Exhibit-C

CDCR
REPORT NO. IRTR161 - 12

INCIDENT REPORT PACKAGE

INCIDENT LOG NUMBER: 000000000017471

PAGE: 25
PROCESSED: 02/03/2021 13:52
REQUESTOR: J. Fillippa

## STAFF NARRATIVE

STAFF NAME: Lee,
CREATED DATE: 01/22/2021

NARRATIVE TYPE: Initial Report
CREATED TIME: 17:34:16

### NARRATIVE

On January 22, 2021, at approximately 1014 hours, I was conducting my duties as Alpha PAT #3 Officer in the Alpha gym. I observed Correctional Officer C. Sandoval and Correctional officer K. Story escorting an inmate into the gym whom I later identified by his CDCR ID card as (OJEDA CDC # G-58176). I heard Officer Sandoval give a direct order to I/M OJEDA to turn around and submit to handcuffs. I/M OJEDA complied. Officer Sandoval reached for OJEDA's left forearm with his left hand in an attempt to place him in handcuffs. I/M OJEDA quickly spun left towards Officer Sandoval, Officer Sandoval, Officer Story and I utilized physical force to subdue OJEDA and place him against the wall. I was on OJEDA's left side with my right hand on the upper left back shoulder area and my left hand was on his upper left arm. Officer Story was on OJEDA's right side. Officer Sandoval was in between Story and I. I gave multiple orders to stop resisting. OJEDA did not comply.

OJEDA moved to my left in what appeared to be an attempt to break the grasp of Officers Sandoval and Story. I used his momentum, as well as physical strength and body weight to force him on to the floor. I transitioned my hand placement by placing my left forearm across the upper back and with my right hand grasped his left wrist. I was attempting to place his hand behind his back so handcuffs could be applied. Despite OJEDA's resistance, I was able to secure his left hand behind his back. Shortly thereafter, I heard Officer Rangel-Rivera state "hand cuffs secured". Followed by Officer A. Maylin who stated "legs secured". Once secured, responding staff took control of OJEDA and escorted him out of the Facility A, Gym. This concludes my involvement of the incident

Y. Lee

STAFF SIGNATURE

DATE: 01/22/2021

BADGE #: 82043

PERNR: 80186

NARRATIVE REVIEWED: Yes
REVIEWED DATE: 01/22/2021

REVIEWED BY STAFF: Northrup,
REVIEWED TIME: 17:42:36

# INCIDENT REPORT PACKAGE

## INCIDENT REPORT SUMMARY

INSTITUTION/PAROLE REGION: PBSP - Pelican Bay State Prison
REPORTING FACILITY/PAROLE UNIT: PBSP-A - PBSP-Facility A
INCIDENT DATE: 01/22/2021
DISCOVERY DATE: 01/22/2021
WATCH: 2nd Watch

INCIDENT TIME: 10:14:00
DISCOVERY TIME: 10:14:00

STATUS: Level 1 Review

AS OF DATE: 01/27/2021

CRISIS RESPONSE TEAM ACTIVATED: No
AREA/LOCATION: PROGRAM OFFICES
ASU YARD TYPE: Not Applicable
VIDEO SURVEILLANCE OF INCIDENT: No

DA REFERRAL ELIGIBLE: Yes
HOUSING PROGRAM ASSIGNMENT: General Population

### INCIDENT CATEGORY

Force and Violence
Use of Force

INCIDENT TYPE

Not Applicable
Immediate

### SYNOPSIS

BATTERY ON PEACE OFFICER

On Friday, January 22, 2021, at approximately 1014 hours, inmate OJEDA G58176 (A3-120U) was removed by Officer C. Sandoval from the Facility A Medication line due to observed behavior while standing in line. OJEDA was escorted to the Facility A Gym by Officers Sandoval and K. Story. OJEDA was given an order to perform an unclothed body search. OJEDA refused. Officer Sandoval went to place OJEDA into mechanical restraints. OJEDA turned quickly and struck Sandoval in the right side of the head/facial area. Officers Sandoval, Story, Y. Lee took OJEDA to the ground to prevent further attempts by OJEDA to battery staff. Officer E. Rangel-Rivera responded to the area to assist with subduing OJEDA. Once OJEDA was subdued and restrained his was escorted to the Facility A Law Library and secured into a holding cell.

### IMMEDIATE NOTIFICATIONS

NONE

DOJ REPORTABLE: Not Applicable

HIGH PROFILE INCIDENT: No
MUTUAL-AID/LEA: Not Applicable
MAJOR MEDIA ATTENTION: No

NAME OF ASSISTING LEA:

NAME OF MEDIA:

INCIDENT STG NEXUS: No
STG NAME

| NONE | | STG SET | | STG SUBSET |
|------|--|---------|--|------------|
| NONE | | STG NOT LISTED | | |

### UNCONTROLLED WEAPONS

Not Applicable

QUANTITY

### CONTROLLED SUBSTANCES

Not Applicable

| | QUANTITY | | QUANTITY TYPE |
|--|----------|--|---------------|
| | 0 | | |

# PELICAN BAY STATE PRISON

DATE: 1/22/2021   TIME:   1014   FACILITY:   A   BUILDING/LOCATION:   Facility-A Gym

INCIDENT LOG #   17471   DESCRIPTION:   Battery Causing Serious Injury

**THE FOLLOWING PHOTOS WERE TAKEN BY OFFICER: M. Dales     BADGE #: 90654**



| | | DESCRIPTION: |
|---|---|---|
| 28. | | Inmate OJEDA, G58176 |
| | | Cut on forehead. |
| 29. | | DESCRIPTION: |
| | | Inmate OJEDA, G58176 |
| | | Mouth. OJEDA indicated he had no loose teeth. |
| 30. | | DESCRIPTION: |
| | | Inmate OJEDA, G58176 |
| | | Abrasion behind right ear. |

This document contains all photographic evidence pertaining to this incident.

10

# PELICAN BAY STATE PRISON

DATE: 1/22/2021    TIME:   1014    FACILITY:   A   BUILDING/LOCATION:   Facility-A Gym

INCIDENT LOG #    17471     DESCRIPTION:    Battery Causing Serious Injury

**THE FOLLOWING PHOTOS WERE TAKEN BY OFFICER: M. Dales    BADGE #: 90654**

| | | |
|---|---|---|
| **31.** |  | **DESCRIPTION:**<br>Inmate OJEDA, G58176<br><br>Redness by the neck. |
| **32.** |  | **DESCRIPTION:**<br>Inmate OJEDA, G58176<br><br>Redness on left arm. |
| **33.** |  | **DESCRIPTION:**<br>Inmate OJEDA, G58176<br><br>Back of inmate |

This document contains all photographic evidence pertaining to this incident.

# PELICAN BAY STATE PRISON

DATE: <u>1/22/2021</u>  TIME: <u>1014</u>  FACILITY: <u>A</u>  BUILDING/LOCATION: <u>Facility-A Gym</u>

INCIDENT LOG # <u>17471</u>  DESCRIPTION: <u>Battery Causing Serious Injury</u>

**THE FOLLOWING PHOTOS WERE TAKEN BY OFFICER: <u>M. Dales</u>   BADGE #: <u>90654</u>**

| | | |
|---|---|---|
| **13.** |  | **DESCRIPTION:**<br>Correctional Officer Rangel<br><br>Redness of knee. |
| **14.** |  | **DESCRIPTION:**<br>Inmate OJEDA, G58176<br><br>Swelling, cut and blood on forehead. |
| **15.** |  | **DESCRIPTION:**<br>Inmate OJEDA, G58176<br><br>Swelling, cut and blood on forehead. |

This document contains all photographic evidence pertaining to this incident.

Exhibit-D

CDCR 837-C (Rev. ... 15)

NAME: ... LAST

POST #
No. 122

RDO'S | DUTY HO...
W/TH | :0...

YOUR ROLE
☒ Primary
☐ Responder
☐ Witness
☐ Camera
☐ Victim
☐ Other:

☐ N/A
☒ Physical:
☐ Hand-Held Ba...
☐ X-10 BRD w/o OC
☐ X-10 BRD w/ OC
☐ Non-Convention...

FORCE OBSERV...
BY YOU

EVIDENCE COLLE...
BY YOU
☐ YES
☒ NO

REPORTING ST...
INJURED
☒ YES
☐ NO

IDENT | TIME OF INCIDE...
...2...| 1014

INCIDENT
...YM

TION / RULE      ☐ N/A
d)(1) - [ 16 ]

CT, V-VICTIM, W-WITNES...

...CE
Projector:   #Deploye...

Lethal ☐ Non-Convention...

| | BIO HAZARD | PPE... |
|---|---|---|
| | ☐ YES | ☐ YES |
| | ☒ NO | ☐ NO... |

...SURE     SCIF 3301/30...
COMPLETED...
☒ N/A
☒ YES
☐ NO

NARRATIVE:

DUTIES AS ...
C. SANDOVAL ...
NEAR THE ...
OJEDA TO ...
OFFICE TO ...
OJEDA VIOLENT... ...
I YELLED GET ...
OJEDA'S BODY ...
I MADE ... AT ...
ALARM. I FRE... TO ...
FLAIL ON THE GRO...

...66 PERFORMING M...
OFFICER (C/O)
...(GSB176, A3-12...
SANDOVAL ORDER ...
TO THE A GRM...
...R, I OBSERVED
AREA WITH HIS EL...
...E GRAB A HOLD OF
...JSDA TO THE FLOOR.
...D MY STATE ISSUED
...SSIST AND VIOLENTLY
...o C. SANDOVAL'S

☒ CHECK IF NARRATIVE IS CO...

SIGNATURE OF REPORTING ST...

NAME AND TITLE OF REVIEW...
J. Phillips

DISTRIBUTION: Original Incident...

...E # / ID...
...70 / 116...65 BY...

...RDED ... PROVED
...Y... ...  ☒ YES ☐ NO

DATE
1/23/2021

DATE
1/26/2021

NAME: LAST

Your Report Concerning ...

☐ Prepare a CDCR 837-...

☐ Prepare a CDCR ...

☐ Prepare a CDCR 837-...

☐ Prepare a CDCR 837-...

SECTIONS AND REHABILITA...

NT LOG NUMBER

M

on is Required:

...ting the issues listed below

...ed

...he issues listed below:

**NARRATIVE:**

OSEDA DSA ...

OSEDA COMPLE...

TURNED HIS B...

AWAY TO RESI...

GET DOWN I ...

WEIGHT AGAI...

SIDE I NEAR...

RESISTING ...

ATTEMPTI ...

OSEDA ...

OVERCOM...

HANDCUF...

AT TAID...

MY SELF ...

RIGHT ...

FOR ...

... TO HANDCUFFS.

...SCUFFS OSEDA

...ATELY I TURNED

...S ORDERED HIM TO

... OUR COMMAND BODY

... HIS BODY SIDE TO

COMPLY AND CONTINUED

...WHILE C/O RANGEL

...C'S HAND I ORDERED

...RY ASSIST WITH

...PPLIED THE

...S ARE ON!

...219 DONE ON

...UT TO THE

HOSPITAL

☐ CHECK IF NARRATIVE IS ...

NAME OF REVIEWER (P...) J. Phillips

DISTRIBUTION: Original ...

DATE 1/20/2021

CRIME / INCIDENT R[...]
PART C - STAFF RE[...]
CDCR 837-C (Rev. 10/1[...])

NAME: LAST
SANDOVAL

POST #         POS[...]

RDO'S     DUTY H[...]
T/W    [...]

YOUR ROLE
☒ Primary
☐ Responder
☐ Witness
☐ Camera
☐ Victim
☐ Other:

☐ N/A
☒ Physical:
☐ Hand-Held Baton

☐ X-10 BRD
   w/o OC

☐ X-10 BRD
   w/ OC

☐ Non-Conventional [...]

FORCE OBSERVED
BY YOU

EVIDENCE COLLECTED
BY YOU
   ☐ YES
   ☒ NO

REPORTING STAFF
INJURED
   ☒ YES
   ☐ NO

NARRATIVE: ON [...]

A SEC. PART II INV[...]

ACTING SUSPICIOUS AND [...]

ME AND TURNED AWAY [...]

HIS ACTIONS TO CON[...]

GYM TO PERFORM AN [...]

OFFICER Y.LEE WAS [...]

ONCE IN THE GYM IN [...]

OJEDA STATED "IM [...]

☐ CHECK IF NARRATIVE IS CONTINUED C[...]
SIGNATURE OF REPORTING ST[...]

NAME AND TITLE OF REVIEW[...]
J. PHILLIPS (S[...])
DISTRIBUTION: Original: Incident [...]

[...]T LOG NUMBER

[...]ICIDENT  TIME OF INCIDE[...]
                1014
[...] OF INCIDENT
   M GYM
[...]ECTION / RULE          ☐ N/[...]

[...]SPECT. V-VICTIM. W-WITNE[...]

[...]ORCE
       Projector:    #Deploye[...]

☐ Lethal ☐ Non-Conventiona[...]
         BIO
         HAZARD      PPE
         ☐ YES    ☐ YES
         ☒ NO     ☒ NO
[...]SURE   SCIF 3301/306[...]
         COMPLETED
☒ N/A    ☒ YES
         ☐ NO

[...]ING MY DUTIES AS
[...]) IN THE PILL LINE
[...]OJEDA WALKED TO
[...]CELL. I SUSPECTED
[...] OJEDA TO THE
[...]SORT TO THE GYM.
[...]S BODY SEARCH.
[...]DY SEARCH.
[...]A UNBOTHER BODY SEARCH.

                DATE
[...]20   1-22-21
[...]ROVED   DATE
[...] ☐ NO   1/25/2021

| TIME CHECKED | | | MINUTES COMMENTS |
|---|---|---|---|
| 1330 | | | |
| 1345 | | | |
| 1400 | | | |
| 1415 | | | |
| 1430 | | | |
| 1445 | | | |
| 1503 | | | |
| 1501 | | | |
| 1515 | | | BATHROOM |

☐ Check the box if welfare check

UPERVISOR (Print Name)  J. Phillips

NY CONFINEMENT WHICH MA
eason for exceeding time limit:

ANAGER (Print Name):

FACILITY CAPTAIN OR AOD

DATE: 2021

DATE:

CDCR 837-
NAME: L

Your Repo        min

☐ Prepare a    CR

☐ Prepare a    . T

☐ Prepare a    CR

☐ Prepare a    CR

NARRATIVE

RIGHT   HAND
RESTRAINTS
HIS  LEFT
STRIKE   CRU
RIGHT ARM
FROM  MY
GUIDED  OSCAR
I  PLACED
GUIDED  OSCAR
I  PLACED
FOR  LEG
THIS  CONCLU

on Is Required:

ding the issues listed below

he issues listed below:

PLACE  MECHANICAL
AND  Y  LEE  GUID·
AND  I  BEGAN  T
OA  TO  RELEASE  M
JG  WITH  OTHER
SANDOVAL  AND
OSCDAS  BACK  WHI
AND  C/O  C. SA
OSCDAS  BACK  WHI
C/O  A.  MAYLIN  Y
EXITED  THE  GYM.

☐ CHECK IF NA  ATR
NAME OF REV
J. PHILI
DISTRIBUTION:

DATE
1/23/202

STATE OF CALIFORNIA
**MEDICAL REPORT OF INJURY**
**OR UNUSUAL OCCURRENCE**
CDCR 7219 (Rev. 01/18)

CORRECTIONS AND REHABILITATION

NAME OF INSTITUTION
PBSP

REASON FOR REPORT ☐ ALLEGATION
☒ UNUSUAL OCCURRENCE

22/2021
☐ OTM RETURNS

NAME _Last_
Sandoval

VISITOR ID # (SOMS)
N/A

PLACE OF OCCURRENCE
A Gym

PHYSICIAN NOTIFIED TIME
N/A

BRIEF STATEMENT IN SUBJECT'S WORDS
"OJEDA was

| INJURIES FOUND? | YES / NO |
|---|---|
| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| Swollen Area | 10 |
| Pain | 11 |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Pre-Existing | 16 |
| Other | 17 |
| | 18 |

N/A

Chemical Agent
Exposure? N/A YES / NO

Chem. Agent
Exposure Area N/A EX

Decontaminated w/ Water?
YES / NO / REFUSED N/A

Decontaminated w/ Air?
YES /NO / REFUSED N/A

Self-decontamination
Instructions given ? N/A YES / NO

Staff issued
Exposure packet ? N/A YES / NO

Q 15 min. check times

| Initial N/A | 1st Chk N |
| 2nd Check N/A | Final N |

TIME/DISPOSITION
1035 to outside

REPORT COMPLETED BY/TITLE
K-Smith

Back

ASSIGNMENT AREA
A yard

Facility: A

| INMATE NAME | | CEMENT DATE |
|---|---|---|
| OJ____ | | 1-22-21 |
| PLACEMENT OF____ (PRINT NAME): | | |
| REASON FOR P____ | | |
| SECURED IN CELL ___ (PRINT NAME): | | |
| CELL SEARCHED ___ (PRINT NAME) | | |
| RESULTS OF CELL ___ | | |
| UNCLOTHED BODY SEARCH BY ___ (PRINT NAME) | | |
| RESULTS OF UNCLOTHED SEARCH ___ | | |

| Spit No.___ ☐ Yes ☐ No | | Time Spit Net Removed: N/A |
| Inmate Is ___ ☐ Yes ☐ No | | Time Restraints Removed: 1130 |
| Clothing ___ ☐ Yes ☐ No | | Time Clothing Provided: 1146 |

| INITIATED | MINUTES |
|---|---|
| Time Secured in Holding Cell | 3 hr 55 m |

| TIME CHECKED | | COMMENTS |
|---|---|---|
| 1145 | | |
| 1155 | | RN |
| 1200 | | |
| 1215 | | |
| 1225 | | |
| 1230 | | ___k |
| 1230 | | ___ R-stroom |
| 1245 | | |
| 1300 | | |
| 1315 | | |

1 - Standing
2 - Sitting
3 - Removed for Water & Rest
4 - Returned from Water & R___

___, Trash Collected
___ Decontamination
___ Decontamination
___ in Comments Section)

Cell Searched Upon Re___

Results of Cell Search:

Disposition of Inmate: ___ Other ___: ___

SUPERVISOR (Print N___): J.___

| | DATE: 1/29/2021 |

ANY CONFINEMEN___ MUST ___ PROVAL ___ FACILITY CAPTAIN OR AO___
Reason for exceeding ___

___ K. Yellen

MANAGER (Print Name ___): | DATE: |

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):** _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Inmate/Parolee Signature:** _____  **Date Submitted:** _____

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):** _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Inmate/Parolee Signature:** _____  **Date Submitted:** _____



CDCR
REPORT NO. IRTR161 - 12

INCIDENT REPORT PACKAGE

INCIDENT LOG NUMBER: 000000000017471

PAGE: 20
PROCESSED: 02/14/2021 06:58
REQUESTOR: J. Fillippa

## STAFF NARRATIVE

**STAFF NAME:** Phillips, Jeramy
**CREATED DATE:** 01/26/2021

**NARRATIVE TYPE:** Supplemental Report
**CREATED TIME:** 12:42:23

### NARRATIVE

On Monday, January 25, 2021, Inmate OJEDA filed allegations of excessive use of force via a Staff Complaint on a CDCR 602 grievance. The grievance was assigned a log number of PBSP-A-21-82203. Subsequently a Report of Findings (ROF) was generated upon this discovery. The ROF was assigned a log number ROF-21-0004. That video interview was conducted by Lieutenant M. Bristow and video recorded by Sergeant D. Burge.

J. Phillips
_____
STAFF SIGNATURE

**DATE:** 01/26/2021

**BADGE #:** 67838

**PERNR:** 49253

**NARRATIVE REVIEWED:** Yes
**REVIEWED DATE:** 01/26/2021

**REVIEWED BY STAFF:** Burris, Sean
**REVIEWED TIME:** 13:16:52

---

**STAFF NAME:** Phillips, Jeramy
**CREATED DATE:** 01/27/2021

**NARRATIVE TYPE:** Supplemental Report
**CREATED TIME:** 12:00:41

### NARRATIVE

This supplemental report is a clarification on behalf of Officer E. Rangel Rivera. During the incident Officer Rangel Rivera received injuries that required her to be placed off duty by a medical doctor. The following questions were asked and answered via telephonically.

Q1. In your report you speak to utilizing strikes on inmate OJEDA. Please describe what type of strikes you used and where.
A1. I was punching with my with my left fist. I struck OJEDA in the lower left back/torso.

Q2. How many strikes did you use?
A2. Approximately 4 to 5. I am not completely sure.

It should be noted that when Officer E. Rangel Rivera speaks to strikes, she is referring to punching.

J. Phillips
_____
STAFF SIGNATURE

**DATE:** 01/27/2021

**BADGE #:** 67838

**PERNR:** 49253

**NARRATIVE REVIEWED:** Yes
**REVIEWED DATE:** 01/27/2021

**REVIEWED BY STAFF:** Burris, Sean
**REVIEWED TIME:** 12:27:46